■ In the Matter of the Arbitration between GRO-UP FROCKS, INC., Appellant, and H. M. KOLBE CO., INC., Respondent.— Orders unanimously affirmed,

with $20 costs and disbursements to the respondent. No opinion. Concur—Botein, J. P., Rabin, Cox, Frank and Valente, JJ.